# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT LELLOCK,              :  No. 22 WM 2019
:
          Petitioner     :
:
:
:
          v.              :
:
:
:
ALLEGHENY COUNTY COURT OF  :
COMMON PLEAS,           :
:
          Respondent   :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 1st day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the "Amended Petition for Writ of Mandamus" is DENIED.